FILED
June 21, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILFREDO F. REYES,

    Defendant.

Case No. 2:23-mj-00092-CKD-5

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WILFREDO F. REYES</u> Case No. <u>2:23-mj-00092-CKD-5</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

| | | |
|---|---|---|
| _____ | Release on Personal Recognizance | |
| _____ | Bail Posted in the Sum of $ | |
| x | Unsecured Appearance Bond $ | $50,000.00 unsecured bond cosigned by defendant's fiancée, Maritza Echeverria, in the interim |
| _____ | Appearance Bond with 10% Deposit | |
| _____ | Appearance Bond with Surety | |
| _____ | Corporate Surety Bail Bond | |
| x | (Other): <u>Terms as stated in court and release forthwith today, 6/21/2023, Defendant must report directly to the Pretrial Services office on 6/22/2023 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u> | |

Issued at Sacramento, California at 2:40pm

Dated:  June 21, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE